# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHON KIM CARLSON,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.: 1:16-cv-01459- JLT<br><br>ORDER DIRECTING PLAINTIFF TO COMPLETE THE CONSENT FORM, INDICATING WHETHER PLAINTIFF CONSENTS TO THE JURISDICTION OF THE ASSIGNED MAGISTRATE JUDGE |

On October 27, 2016, the Court issued its "Order re Consent or Request for Reassignment," informing the parties that "pursuant to 28 U.S.C. § 636(c), a Magistrate Judge cannot conduct all proceedings and enter judgment in this case" without the written consent of all parties. (Doc. 7-1 at 1) To date, Plaintiff has not filed the form indicated whether Plaintiff consents or declines the jurisdiction of the assigned Magistrate Judge, as required by the Court's order. (*See id.*)

Accordingly, the Court **ORDERS**: Plaintiff **SHALL** complete and file the consent form previously provided by the Court (Doc. 7-2) no later than **May 5, 2017**, indicating whether Plaintiff consents to the Magistrate Judge jurisdiction, or requests reassignment to a District Judge.

IT IS SO ORDERED.

Dated: __April 17, 2017__    _____/s/ Jennifer L. Thurston__
UNITED STATES MAGISTRATE JUDGE