# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHON KIM CARLSON, | Case No.: 1:16-cv-1459- JLT |
| Plaintiff, | ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED MAY 25, 2017 |
| v. | |
| NANCY A. BERRYHILL,[1] Acting Commissioner of Social Security, | |
| Defendant. | |

On May 25, 2017, the Court ordered Plaintiff to show cause why sanctions should not be imposed for failure to prosecute and failure to comply with the Court's scheduling order, which required proof of service of the confidential letter brief. (Doc. 14) Plaintiff filed a timely response, indicating the letter brief has been served upon Defendant. (Doc. 15)

Accordingly, the Court **ORDERS** that the Order to Show Cause dated May 25, 2017 (Doc. 14) is **DISCHARGED**.

IT IS SO ORDERED.

Dated: __June 12, 2017__    /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill is substituted for her predecessor, Carolyn W. Colvin, as the defendant.

1