1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 11 | SHON KIM CARLSON, | ) Case No.: 1:16-cv-01459 - JLT |
| 12 | Plaintiff, | ) |
| | | ) ORDER DISCHARGING THE ORDER TO SHOW |
| 13 | v. | ) CAUSE DATED AUGUST 10, 2017 |
| | | ) |
| 14 | NANCY A. BERRYHILL[1], | ) |
| | Acting Commissioner of Social Security, | ) |
| 15 | | ) |
| | Defendant. | ) |
| 16 | | ) |

17      Previously, the Court ordered Plaintiff to show cause why sanctions should not be imposed for

18  failure to prosecute the action and failure to comply with the scheduling order.  (Doc. 18)  In the

19  alternative, Plaintiff was directed to file an opening brief within fourteen days of the date of service.

20  (*Id.* at 2)  On August 24, 2017, Plaintiff filed her opening brief in the action, in compliance with the

21  deadline imposed by the Court.  (Doc. 19)  Accordingly, the Court **ORDERS** that the order to show

22  cause (Doc. 18) is **DISCHARGED**.

23

24  IT IS SO ORDERED.

25      Dated:   **August 25, 2017**          **/s/ Jennifer L. Thurston**
26                                        UNITED STATES MAGISTRATE JUDGE

27

28

    _____

    [1] Nancy A. Berryhill is now the Acting Commissioner of Social Security.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Nancy A. Berryhill for her predecessor, Carolyn W. Colvin, as the defendant.